*E-Filed: November 6, 2013*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAIME MEJIA, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION and FDIC insured corporation, FIA CARD SERVICES, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, <br><br> Defendants. | CASE NO.: 5:13-cv-01157-HRL <br><br> [PROPOSED] ORDER <br> (MODIFIED BY THE COURT) |

**[PROPOSED] ORDER**

The Court finds that there is good cause to grant the parties stipulated request to extend the scheduling deadlines and hereby modifies the scheduling order as follows.

1. Fact discovery cutoff shall be extended to ~~December 31, 2013~~ November 29, 2013;
2. Designation of experts with reports shall be extended to ~~January 14, 2014~~ December 13, 2013;
3. Designation of rebuttal experts with reports shall be extended to ~~February 4, 2014~~ December 27, 2013;
4. Expert discovery cutoff shall be extended to ~~February 18, 2014~~ January 10, 2014;
5. Last day for hearing on dispositive motions shall be extended to ~~April 5, 2014~~ February 11, 2014;
6. ~~Final pretrial conference shall be extended to May 12, 2014.~~

**IT IS SO ORDERED.**



Dated: ~~October 29, 2013~~
November 6, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE