NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAIME MEJIA,  No. C13-01157 HRL

    Plaintiff,  **JUDGMENT**

v.

BANK OF AMERICA, NATIONAL ASSOCIATION, ET AL.,

    Defendants.

The Court having granted defendant's summary judgment motion as to all claims for relief, IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered for defendant and that plaintiff take nothing by his complaint.

**IT IS SO ORDERED.**

Dated: March 19, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-01157 HRL Notice will be electronically mailed to:**

Charles James Snyder  csnyder@reedsmith.com, yfernandez@reedsmith.com

Elliot Wayne Gale  egale@sagarialaw.com, Glenox@sagarialaw.com, Josborne@sagarialaw.com

Jarrett Stanton Osborne-Revis  Josborne@sagarialaw.com

Raymond Yoon Ho Kim  rkim@reedsmith.com, pkeen@reedsmith.com

Scott Joseph Sagaria  sjsagaria@sagarialaw.com, mmccrory@sagarialaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**